CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax:  916.443-2124

Attorneys for RESPONDENT COUNTY OF SACRAMENTO

LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN, III, SBN 118694
MANOLO H. OLASO, SBN 195629
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:  916. 444-5557

Attorneys for Claimant BRITTNEY NICHOLLS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY NICHOLLS,<br><br>   Claimant,<br><br>vs.<br><br>COUNTY OF SACRAMENTO,<br><br>   Respondent. | Case No.:  2:17-mc-00185 KJN<br><br>**STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER THEREON** |

WHEREAS the parties appeared at a specially set settlement conference of this matter before Magistrate Judge Kendall J. Newman on February 21, 2018;

WHEREAS the parties reached a verbal settlement of the matter at the February 21, 2018, settlement conference;

WHEREAS the Court ordered dispositional documents to be filed within 30 days, or by March 23, 2018;

WHEREAS the parties are finalizing the language of the settlement agreement which agreement must be executed before a settlement check can be issued;

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 426-1889

STIPULATION EXTENDING TIME TO FILE
DISPOSITIONAL DOCUMENTS         1
Case No. 2:17-mc-00185 KJN

WHEREAS the parties agree they need an additional two weeks to complete the preparation and signing of the settlement agreement and for the settlement check to be issued;

NOW THEREFORE, the parties, through their attorneys of record, agree that the time to file the dispositional documents in this matter be extended from March 23, 2018, to April 6, 2018.

IT IS SO STIPULATED.

DATE: March 22, 2018     CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Respondent COUNTY OF SACRAMENTO

DATE: March 22, 2018     LAW OFFICES OF JOHNNY L. GRIFFIN III

/s/ Manolo H. Olaso
JOHNNY L. GRIFFIN, III
MANOLO H. OLASO
Attorneys for Claimant BRITTNEY NICHOLLS

**ORDER**

Good cause having been shown, it is hereby ordered that the parties may have an extension of time to file dispositional documents in this matter to April 6, 2018.

IT IS SO ORDERED.

Dated: March 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION EXTENDING TIME TO FILE
DISPOSITIONAL DOCUMENTS
Case No. 2:17-mc-00185 KJN

2