CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax: 916.443-2124

Attorneys for RESPONDENT COUNTY OF SACRAMENTO

LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN, III, SBN 118694
MANOLO H. OLASO, SBN 195629
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: 916. 444-5557

Attorneys for Claimant BRITTNEY NICHOLLS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY NICHOLLS,<br><br>Claimant,<br><br>vs.<br><br>COUNTY OF SACRAMENTO,<br><br>Respondent. | Case No.: 2:17-mc-00185 KJN<br><br>**STIPULATION TO FURTHER EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER THEREON** |

WHEREAS the parties appeared at a specially set settlement conference of this matter before Magistrate Judge Kendall J. Newman on February 21, 2018;

WHEREAS the parties reached a verbal settlement of the matter at the February 21, 2018, settlement conference;

WHEREAS the Court ordered dispositional documents to be filed within 30 days, or by March 23, 2018;

WHEREAS the parties received an extension of time to prepare, sign and file the settlement documents to April 6, 2018;

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION FURTHER EXTENDING TIME TO
FILE DISPOSITIONAL DOCUMENTS    1
Case No. 2:17-mc-00185 KJN

WHEREAS the parties engaged in numerous post-settlement discussions regarding the settlement agreement between March 23rd and April 4th, and the County even had to find outside counsel for the individual deputy identified in this dispute;

WHEREAS on April 4th, the parties finalized the language of the settlement agreement and the parties expect to have all signatures on the agreement by the end of next week;

WHEREAS the parties are circulating the settlement agreement for signature;

WHEREAS the parties agree they need an additional two weeks to complete the signing of the settlement agreement and for the settlement check to be issued;

NOW THEREFORE, the parties, through their attorneys of record, agree that the time to file the dispositional documents in this matter be extended from April 6, 2018, to April 23, 2018.

IT IS SO STIPULATED.


DATE: April 6, 2018					CREGGER & CHALFANT LLP


							/s/ Robert L. Chalfant
							ROBERT L. CHALFANT
							Attorneys for Respondent COUNTY OF SACRAMENTO

DATE: April 6, 2018					LAW OFFICES OF JOHNNY L. GRIFFIN III


							/s/ Manolo H. Olaso
							JOHNNY L. GRIFFIN, III
							MANOLO H. OLASO
							Attorneys for Claimant BRITTNEY NICHOLLS

///

///

///

///

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION FURTHER EXTENDING TIME TO
FILE DISPOSITIONAL DOCUMENTS
Case No. 2:17-mc-00185 KJN

2

# **ORDER**

Good cause having been shown, it is hereby ordered that the parties may have an extension of time to file dispositional documents in this matter to April 23, 2018.

IT IS SO ORDERED.

Dated: April 9, 2018

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION FURTHER EXTENDING TIME TO
FILE DISPOSITIONAL DOCUMENTS
Case No. 2:17-mc-00185 KJN

3